UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MATTHEW F. KRUPP,

       Plaintiff,

                     5:14-CV-0525
v.                     (GTS/ATB)

JUDGE DONALD E. TODD, Individually and
Acting Family Court Judge of Oswego County,

       Defendant.
_____

APPEARANCES:              OF COUNSEL:

MATTHEW F. KRUPP
 Plaintiff, *Pro Se*
P.O. Box 294
Brewerton, New York 13029

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

    Currently before the Court, in this *pro se* civil rights action filed by Matthew F. Krupp ("Plaintiff") against the Oswego County Acting Family Court Judge Donald E. Todd ("Defendant"), is United States Magistrate Judge Andrew T. Baxter's Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed in its entirety, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii)-(iii). (Dkt. No. 4.) Plaintiff has not filed an Objection to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant filings in this action, the Court can find no clear error in the Report-Recommendation. (Dkt. No. 4.) As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein. (*Id.*)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: August 19, 2014
 Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge